UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>          Plaintiff,<br><br>     v.<br><br>POLY-WOOD, LLC,<br><br>          Defendant. | Civil Action No. 1:21-cv-10351 |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros and Defendant Poly-Wood, LLC (the "Parties") have reached an agreement in principle that will resolve the claims of the above captioned action on a class-wide basis. The Parties expect to be able to finalize a comprehensive settlement agreement and file a motion for preliminary approval on or before October 9, 2021. In the meantime, the Parties request that all pending proceedings and deadlines be stayed.

Respectfully Submitted,

STEPHEN GIANNAROS

By his attorneys,

/s/ *Stephen Ryan, Jr.*
Stephen Ryan, Jr.  (BBO #669727)
Ryan Litigation and Advocacy, PLLC
1167 Massachusetts Avenue
Arlington, MA 02476
Tel: (617) 762-5788
sryan@ryan-litigation.com

1

        Kevin Tucker (He/Him) (*pro hac vice pending*)
        Kevin Abramowicz (*pro hac vice pending*)
        EAST END TRIAL GROUP LLC
        6901 Lynn Way, Ste. 215
        Pittsburg, PA 15208
        Tel. (412) 877-5220
        Fax. (412) 626-7101
        ktucker@eastendtrialgroup.com
        kabramowicz@eastendtrialgroup.com

        POLY-WOOD, LLC,

        By its attorneys,

        */s/ Andrea E. Zoia*
        Andrea E. Zoia (BBO #685658)
        MORGAN, BROWN & JOY, LLP
        200 State Street, Floor 11
        Boston, MA 02109-2605
        T:  617-523-6666
        F:  617-367-3125
        E:  azoia@morganbrown.com

        Tami Earnhart
        Ice Miller LLP
        One American Square, Suite 2900
        Indianapolis, IN 46282-0200
        T:  317-236-2235
        F:  317-592-4853
        E:  Tami.Earnhart@icemiller.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on September 9, 2021 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants will be notified by electronic mail.

/s/ <i>Stephen Ryan, Jr.</i>