## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>               Plaintiff,<br><br>  v.<br><br>POLY-WOOD, LLC,<br><br>               Defendant. | Civil Action No. 1:21-cv-10351 |

### PLAINTIFF'S UNOPPOSED MOTION TO CERTIFY THE CLASS FOR SETTLEMENT PURPOSES AND FOR FINAL APPROVAL OF THE AMENDED CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff Stephen Giannaros, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves for entry of an order certifying the class and granting final approval of the parties' Amended Class Action Settlement Agreement. (ECF 36-1.)

1. In support, Plaintiff submits the accompanying Memorandum Of Law In Support Of Plaintiff's Unopposed Motion To Certify The Class For Settlement Purposes And For Final Approval Of The Amended Class Action Settlement Agreement.

2. Plaintiff respectfully requests that the Court certify the class, approve the settlement as fair, reasonable, and adequate, and enter the proposed order in the form accompanying this motion.

3. Defendant does not oppose the relief sought in this motion.

Dated: October 17, 2021                        Respectfully Submitted,

                                                STEPHEN GIANNAROS

                                                By his attorneys,

                                               /s/ *Stephen Ryan Jr.*
                                               Stephen Ryan, Jr. (BBO #669727)

BEATON AND PETERSEN PLLC
11 Maple Avenue
Shrewsbury, MA 01545
(508) 842-2540
stephen@beatonpetersen.com

Kevin Tucker (He/Him) (admitted *pro hac vice*)
Kevin Abramowicz (admitted *pro hac vice*)
EAST END TRIAL GROUP LLC
6901 Lynn Way, Ste. 215
Pittsburg, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that the parties conferred in good faith to resolve or narrow the issue presented in the accompanying motion as required by District of Massachusetts Local Rule 7.1(a)(2).

/s/ *Kevin Tucker*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system on October 17, 2021 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants will be notified by electronic mail.

                                                           /s/ *Stephen Ryan, Jr.*