**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>Plaintiff,<br><br>v.<br><br>POLY-WOOD, LLC,<br><br>Defendant. | Civil Action No. 1:21-cv-10351 |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR ATTORNEY'S FEES AND INCENTIVE AWARD**

Now pending before the Court is Plaintiff's Motion For Attorney's Fees And Incentive Award. On 10/26/2022, the Court certified the following Settlement Class:[1] "all Blind or Visually Disabled individuals who use screen reader auxiliary aids to navigate digital content and who have accessed, attempted to access, or been deterred from attempting to access, or who will access, attempt to access, or be deterred from accessing the Websites from the United States." ECF 43. The Court also granted final approval to the proposed class action settlement set forth in the Agreement. *Id.*

Having carefully considered the pending motion, the relevant legal authority, and the Agreement and all supporting documents, the Court **GRANTS** Plaintiff's Motion For Attorney's Fees and Incentive Award as set forth below.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**

1. The hourly rate of $600 for attorneys Kevin Tucker and Kevin Abramowicz of East End Trial Group LLC is fair and reasonable.

[1] Unless otherwise defined herein, all capitalized terms have the meaning set forth in the Agreement found at ECF 25-1.

2. The hourly rate of $400 for attorneys Stephanie Moore and Chandler Steiger of East End Trial Group LLC is fair and reasonable.

3. The hourly rate of $375 for attorneys Stephen Ryan and Mark Delaney, who served as local counsel for Plaintiff, is fair and reasonable.

4. Pursuant to Fed. R. Civ. P. 23(h), 42 U.S.C. § 12205 and 28 CFR § 36.505, and the Parties' Agreement, the Court hereby awards Plaintiff $49,000.00 in attorney's fees, payable pursuant to the terms of the Parties' Agreement.

5. The Court finds the award of attorney's fees is reasonable as (a) Class Counsel achieved a favorable result for the Class; (b) Class Counsel devoted substantial effort to the investigation of Plaintiff's claims and litigation; (c) Class Counsel prosecuted the Class Members' claims with no guarantee that Class Counsel would receive compensation for their services or recover their expenses; (d) Class Counsel employed their knowledge of and experience with class action litigation in achieving a valuable settlement for the Class Members, in spite of Defendant's possible legal defenses and its experienced and capable counsel; and (e) the notice informed Class Members of the amount and nature of Class Counsel's fee request.

6. The Court further approves an incentive award in the amount of $1,000.00 to the Plaintiff, payable pursuant to the terms of the Parties' Agreement.

**SO ORDERED.**

/s/ William G. Young
UNITED STATES DISTRICT COURT JUDGE
WILLIAM G. YOUNG