IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>POLY-WOOD, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-10351 |

**STIPULATION OF DISMISSAL**

Plaintiff Stephen Giannaros and Defendant Poly-Wood, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that:

　　1.　　On October 27, 2022, the Court granted final approval of the parties' class action settlement agreement ("Order"). (Doc. 45.)

　　2.　　The Court's Order requires the Parties dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than forty-five (45) days following the date of Final Approval and Defendant's payment of fees pursuant to the class action settlement agreement, whichever occurs later. (*Id*. at 4.)

　　3.　　The Court's Order also requires that the dismissal be made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), such that the Court's dismissal order expressly retains the Court's jurisdiction to enforce the class action settlement agreement against all Parties. (*Id*.)

　　4.　　In light of the foregoing, the Parties hereby stipulate this action be DISMISSED with prejudice, and with each party bearing their own costs and fees incurred in connection with this action, except as provided in the Court's Order Granting Plaintiff's Motion For Attorneys'

Fees And Incentive Award. (Doc. 46.)

    5.    This dismissal is made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), such that the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties.

Respectfully Submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/ Stephen Ryan, Jr.* | /s/ *Andrea E. Zoia* |
| Stephen Ryan, Jr. (BBO #669727) | Andrea E. Zoia, Esq. |
| BEATON AND PETERSEN PLLC | MORGAN BROWN & JOY |
| 11 Maple Avenue | 200 State Street |
| Shrewsbury, MA 01545 | Boston, MA 02109 |
| (508) 842-2540 | Tel. (617) 788-5018 |
| stephen@beatonpetersen.com | azoia@morganbrown.com |
| | |
| Kevin Tucker (He/Him) | |
| Kevin Abramowicz | |
| EAST END TRIAL GROUP LLC | |
| 6901 Lynn Way, Ste. 215 | |
| Pittsburgh, PA 15208 | |
| Tel. (412) 877-5220 | |
| Fax. (412) 626-7101 | |
| ktucker@eastendtrialgroup.com | |
| kabramowicz@eastendtrialgroup.com | |

## SO ORDERED.

The Stipulation of Dismissal is approved. The action is hereby dismissed with prejudice. Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain jurisdiction to enforce the class action settlement agreement against all Parties

                      WILLIAM G. YOUNG
                      United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on November 23, 2022 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: November 23, 2022

                                              /s/ *Stephen Ryan Jr.*
                                              Stephen Ryan, Jr.